```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
FRANGIE ESPINAL, On Behalf of Herself                                :
and All Other Persons Similarly                                      :
Situated,                                                            :
                                                                     :        23-cv-3510 (LJL)
                                        Plaintiff,                   :
                                                                     :           ORDER
                -v-                                                  :
                                                                     :
STIX GOLF CO.,                                                       :
                                                                     :
                                        Defendant.                   :
                                                                     :
---------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/20/2023
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The parties may reopen the case, provided the application to restore the action to the Court's calendar is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: July 20, 2023  
       New York, New York

                                                                     LEWIS J. LIMAN  
                                                    United States District Judge